**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GENESIS GLOBAL TECHNOLOGY LIMITED, a United Kingdom private limited company; and GENESIS GLOBAL FINTECH, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>3FORGE, LLC., Delaware limited liability company,<br><br>Defendants. | Case No. 24-cv-07591<br><br>**COMPLAINT** |

Plaintiffs Genesis Global Technology Limited and Genesis Global Fintech, Inc., ("Plaintiffs" or collectively "Genesis") by and through their undersigned attorney, hereby submits this Complaint against Defendant 3Forge, LLC ("Defendant" or "3Forge"), and alleges as follows:

### NATURE OF THE ACTION

1. This is an action for defamation under New York law and for false advertising in violation of the Lanham Act, 15 U.S.C. § 1125(a), due to false, misleading, and defamatory statements made by Defendant about Genesis's products and services. These statements, which were disseminated publicly via 3Forge's website (and potentially elsewhere), harmed Genesis's reputation, caused confusion among its customers, and misled the marketplace about the nature and quality of Genesis's offerings.

2. Genesis seeks injunctive relief to prevent further dissemination of false and misleading statements, as well as monetary damages for the harm caused by Defendant's unlawful actions.

### PARTIES

3. Plaintiff Genesis Global Technology Limited ("Genesis Global Technology") is a private limited company incorporated and registered in England and Wales, with its principal place of business located at Craftsworks Studio, 1-3 Dufferin Street, London, England EC1Y 8NA.

4. Plaintiff Genesis Global Fintech Inc. ("Genesis Global Fintech") is a corporation incorporated and existing under the laws of the State of Delaware, with its principal place of business located at 25 SE, 2nd Avenue, Suite 550, #679, Miami, FL 33131.

5. Genesis Global Fintech is a subsidiary of and wholly owned by Genesis Global Technology.

6. Genesis is a leading provider of high-performance, scalable, and customizable software solutions designed for the financial services industry.

7. Upon information and belief, Defendant 3Forge, LLC, is a limited liability company organized and existing under the laws of the State of Delaware, with its principal place of business located at 222 Broadway, Suite 1615, New York, NY 10007. 3Forge is a competitor of Genesis that provides software and solutions in the same industry.

## JURISDICTION AND VENUE

8. This Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338(a) as this case arises under the Lanham Act, 15 U.S.C. § 1125(a). The Court also has supplemental jurisdiction over Genesis's state law defamation claim pursuant to 28 U.S.C. § 1367.

9. This Court has personal jurisdiction over Defendant because Defendant conducts business and made the false and defamatory statements in this District, and the harm caused by the statements is felt by Genesis in this District.

10. Venue is proper in this District under 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to the claims occurred in this District, and Defendant is subject to personal jurisdiction in this District.

## FACTUAL BACKGROUND

11. Genesis is a leading provider of software solutions designed for high throughput, scalability, and flexibility. Its solutions are used by financial institutions requiring robust performance, including the handling of large datasets and integration with a variety of industry data sources such as Bloomberg.

12. On or about September 29, 2024, Genesis discovered that Defendant published false, misleading, and defamatory statements regarding Genesis's products and services on 3Forge's website (https://3forge.com/3forge-genesis). Genesis discovered this fact because it appeared as a sponsored (*i.e.*, paid for) Google advertisement designed to be the first search result on Google whenever a user searches for "Genesis," "Genesis Global," "Genesis low-code," or similar searches. *See* Exhibit A.  These statements were likely also made in marketing materials and/or in communications to potential Genesis clients, with the intent to harm Genesis's reputation and unfairly compete in the marketplace.

13. Subsequently, on September 30, 2024, Genesis served 3Forge with correspondence demanding Defendant immediately cease and desist from publishing its false, misleading, and defamatory statements regarding Genesis on its website. *See* Exhibit B, the Correspondence.

14. Soon after receiving the Correspondence, 3Forge removed the web page at issue (the "Web Page").

15. 3Forge made the following false, misleading, and defamatory statements about Genesis; a screenshot of the Web Page is hereto attached as Exhibit C:

a. Genesis requires "dependence on open-source components." This statement is vague and misleading. Genesis has real-time processing and proven high-throughput use cases in production. 3Forge also says that it has "no open source vulnerabilities with all components in house," which is a false and misleading statement of fact;

b. Genesis is "designed for lower throughput use cases." This statement is false. Genesis is designed for high throughput use cases and routinely handles demanding data processing requirements for large-scale clients;

c. Genesis "uses a rigid design paradigm based on prebuilt templates." This statement is false. Genesis provides highly customizable services tailored to its clients' specific needs. Further, Defendant has no factual basis or knowledge to assert that Genesis uses "templates" in its design;

d. Genesis "does not perform well under large data loads." This statement is false. Genesis supports clients with large datasets and is specifically engineered to manage complex, data-intensive programs;

e. Genesis has "limited flexibility in integrating multiple data sources," while 3Forge claims it can provide "360-degree compatibility" in integrating with data sources such as Bloomberg. This statement is misleading. Genesis's solutions are fully compatible with Bloomberg and multiple major financial market industry data sources, offering flexible integration with a variety of technical data sources;

f. Genesis uses "[c]omponents designed for small datasets." Again, this statement is false. As stated above, Genesis regularly supports clients with large datasets and is specifically engineered to manage complex, data-intensive applications;

  g. Genesis "requires separate IDE and manual configuration, writing Java code and JSON configurations." This statement is false. Full applications can be developed using Genesis's web base application builder called Genesis Create, which internally generates the projects and all configuration files.

  h. 3Forge claims to provide "extensive public documentation and 24/7 global support serving the largest banks in the world," while claiming Genesis has "limited public documentation" and implying that Genesis does not provide global support to the world's largest banks. This statement is misleading. Genesis provides 24/7 support to its clients (which do in fact include the world's largest banks) and offers comprehensive documentation to meet client needs.

  i. 3Forge says that "customization is limited" and use is limited to "pre-built templates" with Genesis. This statement is false and misleading.

16. These are some (but not all) of the false and misleading statements that were widely disseminated to potential and existing Genesis customers, causing or likely causing confusion in the marketplace and harm to Genesis's business reputation.

## COUNT I
## FALSE ADVERTISING UNDER THE LANHAM ACT (15 U.S.C. § 1125(a))

17. Genesis repeats and incorporates the allegations in paragraphs 1-16 of this Complaint as if fully set forth herein.

18. Defendant made false and misleading statements in interstate commercial advertising about Genesis's products and services, including the statements identified in paragraph 15 above.

19. These statements are material, and are likely to cause confusion or deceive customers as to the nature, quality, and performance of Genesis's solutions, in violation of 15 U.S.C. § 1125(a).

20. Defendant's false and misleading statements caused, and are likely to cause, competitive harm to Genesis by misleading potential customers into choosing 3Forge's products over Genesis's offerings.

21. As a direct and proximate result of Defendant's false advertising, Genesis suffered and will continue to suffer damages in an amount to be determined at trial.

22. Genesis is entitled to injunctive relief to prevent further dissemination of Defendant's false and misleading statements and to recover damages, including corrective advertising costs, and Defendant's profits resulting from its unlawful conduct.

## COUNT II
## DEFAMATION

23. Genesis repeats and incorporates the allegations in paragraphs 1-22 of this Complaint as if fully set forth herein.

24. Defendant published false and defamatory statements about Genesis, including the statements identified in paragraph 15 above.

25. These statements were made with the intent to harm Genesis's reputation and standing in the financial services industry, or at least negligently.

26. As a result of Defendant's defamatory statements, Genesis suffered and will continue to suffer damages, including harm to its reputation and business relationships.

27. Genesis is entitled to compensatory and punitive damages for the harm caused by Defendant's defamatory statements.

## PRAYER FOR RELIEF

6

WHEREFORE, Plaintiffs Genesis Global Technology Limited and Genesis Global Fintech, Inc. respectfully request that this Court enter a judgment in their favor and against Defendant 3Forge, LLC, and grant the following relief:

1. An order permanently enjoining Defendant from making false, misleading, or defamatory statements about Genesis's products and services;

2. An award of compensatory, corrective advertising, and punitive damages in an amount to be determined at trial;

3. An award of Defendant's profits derived from its false advertising;

4. An award of Genesis's costs, expenses, and reasonable attorneys' fees incurred in bringing this action;

5. An order directing 3Forge to retract false or misleading statements made to the public or third parties; and

6. Such other and further relief as this Court deems just and proper.

## DEMAND FOR TRIAL BY JURY

Plaintiffs Genesis Global Technology Limited and Genesis Global Fintech, Inc., demand a jury trial on all issues so triable.

Dated: October 07, 2024                          Respectfully Submitted,

/s/ Vivek Jayaram
Vivek Jayaram
JAYARAM PLLC
54 W. 21st St., Suite 801
New York, NY 10010
646-325-9855
vivek@jayaramlaw.com

*Counsel for Plaintiffs*