# Exhibit A



# Google

low code genesis

All   Images   Videos   News   Shopping   Forums   Web   ⋮ More                                           Tools

**Sponsored**



3forge.com
https://www.3forge.com › compare › genesis-global   ⋮

### 3forge vs. Genesis Global | Low Code App Development

3forge vs **Genesis**: When it comes to rapid development platforms, this is the clear winner.



Genesis Global
https://genesis.global   ⋮

### Genesis Global: The Application Platform for financial markets

**Genesis** Global enables financial markets organizations to innovate at speed through our application platform that supercharges developers to build resilient ...

### The Learning area
Welcome to the Learning area for the Genesis platform.



### Genesis platform
low-code environment enhanced by AI and pre-built