# EXHIBIT B

Docusign Envelope ID: 8ED1AE78-9C06-4AF0-829A-10EFE760E015



7 World Trade Center | 46th Floor
250 Greenwich Street | New York
Website: www.genesis.global

September 30, 2024

**VIA CERTIFIED MAIL & EMAIL**
3Forge, LLC
225 Broadway # 1615,
New York, NY 10007
info@3forge.com

Corporation Service Company (as registered agent)
251 Little Falls Drive
Wilmington, DE 19808

*Re: Genesis Global Technology Limited*

To Whom It May Concern:

I write on behalf of Genesis Global Technology Limited ("Genesis Global"). As you are aware, Genesis Global empowers clients to develop, deploy, and run financial markets-grade software.

We have recently learned that 3Forge, LLC ("3Forge") is spreading false and misleading information about Genesis Global and its services. Attached is a copy of advertising material that 3Forge published to potential customers that contains such information (the "Advertisement").

Among other false and misleading information, the Advertisement states that:

- Genesis Global only engages in "lower throughput use cases." This is false because Genesis Global is designed for high throughput use cases.
- Genesis Global "uses a rigid design paradigm based on prebuilt templates." This is false because Genesis Global provides custom services unique to its clients' needs. Further, 3Forge has no knowledge or basis to claim that Genesis Global uses "templates."
- Genesis Global uses "[c]omponents designed for small datasets." This is false because Genesis Global routinely supports clients with large datasets.
- 3Forge claims that it can provide "360 degree compatibility" in integrating with data sources such as Bloomberg while Genesis Global has "limited flexibility in integrating multiple data sources." This is misleading because Genesis Global's solutions are in fact compatible with Bloomberg, as well as multiple major financial markets industry data sources and a variety of technical data sources.
- 3Forge claims that it has "24/7 global support" while Genesis has "limited public documentation." This is misleading because Genesis Global does provide clients with 24/7 support.

Genesis Global Fintech Inc.
FEIN Number: 81-2944257

**Genesis**

7 World Trade Center | 46th Floor
250 Greenwich Street | New York
Website: www.genesis.global

These are only a few examples of the false and misleading information in the Advertisement. 3Forge has no basis to make these claims, which appear designed to unfairly compete with Genesis Global and defame its brand.

Further, 3Forge does not have Genesis Global's consent to use its trademarks, including GENESIS (the "Genesis Global Marks"). 3Forge's use of the Genesis Global Marks in the Advertisement only further misleads consumers.

3Forge's conduct constitutes trademark infringement, unfair competition, and false advertising in violation of state and federal law, including the Lanham Act, 15 U.S.C. § 1051 et seq. It also constitutes defamation and tortious interference with Genesis Global's business relationships under state law because the Advertisement is, no less via a paid, sponsored Google advertisement, directed to the public, which invariably includes parties with whom Genesis Global has a relationship. 3Forge's actions have irreparably harmed Genesis Global's reputation and caused Genesis Global significant damages.

Genesis Global demands that 3Forge immediately and permanently cease and desist from:

(1) all use of the Genesis Global Marks in connection with the marketing and/or advertising of 3Forge;
(2) disseminating the False Advertisement; and,
(3) continuing to interfere with Genesis Global's business relationships with any and all third parties, including making false statements to the market regarding Genesis Global.

I look forward to your written confirmation of the above steps within three (3) days of the date of this letter. Genesis Global makes this request in an effort to resolve this matter quickly and without further escalation. But if we are not able to resolve this matter on the terms set out above, Genesis Global reserves the right to take all necessary action to enforce its rights without further notice.

Nothing in this letter shall be construed as a waiver or relinquishment of any right or remedy possessed by Genesis Global, its affiliated or related companies, or any other affected party. You are also directed to preserve all relevant records and evidence regarding this matter in anticipation of litigation.

Sincerely,

*Arian Hassanalizadeh*
8D8DD7F9143A4DD...

Arian R. Hassanalizadeh
Head of Legal

Genesis Global Fintech Inc.
FEIN Number: 81-2944257