# EXHIBIT C

9/29/24, 9:38 AM      3forge vs. Genesis | Low-code app development

Case 1:24-cv-07591-KPF     Document 1-3     Filed 10/07/24     Page 2 of 5

**3forge vs. Genesis**
## A Comparison of Low-Code Platforms

When it comes to low-code platforms for enterprise application development, 3forge and Genesis Global often rise to the top of the conversation. Both platforms offer tools designed to simplify complex workflows, data integration, and visualization, particularly in the financial services sector.

But the truth is, when you need real power, speed, and flexibility, 3forge stands apart.

In this comparison, we'll show why 3forge is the choice of 7 of the top 10 US banks and why no other platform, including Genesis Global, can compete.

# Let the Features Do the Talking

| Feature | 3forge | Genesis |
|---|---|---|
| SOC 2 Type 2 Certification | ✓ Certified | ✓ Certified |
| Open-Source | ✓ No open-source vulnerabilities with all components built in-house. | ⚠ Dependence on open-source components |
| Real-Time Data Processing | ✓ Optimized for real-time streaming with in-memory data processing | ⚠ 1 signed for lower throughput use cases |
| Customization Flexibility | ✓ Fully customizable; build entirely unique applications without being tied to templates | ⚠ 2 es a rigid design paradigm based on prebuilt templates |
| Scalability | ✓ Scales seamlessly with little performance compromise even for the largest data sets | ⚠ 3 es not perform as well under large data loads |
| Data Integration | ✓ 360° compatibility. Integrates with any data source, including Bloomberg and other custom feeds, in real-time | ⚠ 4 ited flexibility in integrating multiple data sources |
| Dashboards & Visualizations | ✓ Interactive dashboards handling millions of data points in real-time | ⚠ 5 nponents designed for small datasets |
| Low-Code/No-Code Development | ✓ A true low-code platform with a WYSIWYG builder and high-performance tools for developers. Acts as a sandbox for developing business logic. | ⚠ 6 quires separate IDE and manual configuration, writing Java code and JSON configurations. |
| Database and Historical Data Handling | ✓ Includes database and/or connect to third party dbs. Full support for historical data, real-time processing, and analytics | ⚠ 7 es not have its own database and is dependent on third-party solutions |
| Customer Support | ✓ Extensive public documentation and 24/7 global support serving the largest banks in the world. | ⚠ 8 ited public documentation |



**Pricing Model** ✓ Fixed pricing with no hidden costs, no matter how much you scale ⚠ Variable cost that scales along with increased usage

# What Makes 3forge the Clear Choice?

**1**

## Trusted by the Biggest Names in the Industry

3forge powers some of the most complex and critical operations for **7 of the top 10 largest US banks.** No other platform, Genesis Global included, can boast that kind of high-profile use case. We don't just handle scale—we thrive in it, ensuring our clients' trading, risk management, and operations tools are always a step ahead of the competition.

**2**

## Superior Real-time Data Processing

3forge leads the pack when it comes to real-time data processing. Our in-memory engine ensures that **real-time market data flows smoothly and without interruption, even under heavy data loads.** This is where Genesis Global falls behind—while functional, their real-time performance under pressure just doesn't match what 3forge delivers.

**3**

## Customization & Flexibility Without Limits

**You don't have to settle for pre-built templates or restrictive workflows with 3forge.** Our platform is fully customizable, letting you build exactly what your organization needs, when you need it. With Genesis Global, customization is limited, often forcing developers into templated solutions. At 3forge, **we believe in building around your business, not the other way around.**

**4**

## Scale Confidently—With Zero Performance Compromise

Need to scale fast? 3forge is built for it. Our platform is **designed to grow with you, from a few transactions to millions, all without sacrificing performance.** Genesis Global struggles to maintain performance as data loads increase, while 3forge ensures smooth operations regardless of how big you need to grow.

**5**

## Seamless Data Integration Across the Board

3forge **seamlessly integrates with all data sources—whether it's real-time market feeds or historical data** — from Bloomberg's BPIPE to proprietary feeds. Genesis Global, by comparison, is limited in its ability to pull from various data sources simultaneously, making 3forge the clear choice for businesses that need a unified view of their operations.

**6**

## Performance-Driven Dashboards &

Our real-time dashboards are second to none. 3forge handles millions of data points without a hitch, **allowing you to build the most dynamic, interactive visualizations your business demands.** Genesis Global, while offering dashboards,  often falters when the data becomes too heavy. With 3forge, there's no such thing as too much data.

## Low-Code, High Performance

3forge may be a low-code platform, but don't let that fool you—**under the hood is a high-performance engine that delivers flexibility and power.**  Genesis Global's low-code framework is restrictive by comparison, limiting creativity and what developers can actually achieve.

## World-Class Customer Support

**Our clients rank us #1 for a reason.** 3forge provides 24/7 global support with fast, effective solutions to any problem that might arise.  Genesis Global's support, while present, lacks the same depth and immediacy that 3forge clients have come to expect and rely on.

## Predictable Pricing That Grows with You, Not Against You

Worried about costs increasing as your business grows? With 3forge, you don't have to be. **Our fixed pricing model means you'll enjoy predictable costs no matter how much your business expands.** Genesis Global, on the other hand, increases its pricing as usage scales, leaving you with surprise costs down the road.

# Why 3forge?

**3forge isn't just a platform; it's a game-changer.**

**With unmatched real-time data processing, full customization, and scalability, 3forge is trusted by the world's leading financial institutions for a reason.**

**If you're looking for a low-code platform that doesn't compromise on performance or flexibility, the choice is clear.**

## Ready to experience the power and flexibility of 3forge?

Schedule a demo or request a free POC today to see how 3forge can transform your business.

**Request Free POC**





# INDUSTRY LEADERS TRUST 3FORGE FOR THEIR MISSION-CRITICAL DASHBOARDS AND APPLICATIONS.





© 2024 3forge, LLC. All Rights Reserved.

Terms & Conditions    Privacy Policy