UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENESIS GLOBAL TECHNOLOGY LIMITED; GENESIS GLOBAL FINTECH INC., <br><br> Plaintiffs, <br><br> -v.- <br><br> 3FORGE LLC, <br><br> Defendant. | 24 Civ. 7591 (KPF) <br><br> **ORDER** |

KATHERINE POLK FAILLA, District Judge:

    On November 15, 2024, the Court held a telephonic conference to discuss Plaintiffs' motion for a preliminary injunction (Dkt. #6) and motion to expedite discovery (Dkt. #8), as well as Defendant's anticipated motion to dismiss. For the reasons stated on the record, and accepting Mr. Mahon's representations that his client is not engaging in head-to-head comparisons with Plaintiffs, the Court denied the motion for a preliminary injunction and the motion to expedite discovery. Defendant is directed to file its response to the Complaint on or before **December 20, 2024.**

    Also as discussed at the conference, referral for mediation proceedings might be beneficial to the parties. The Court directs the parties to file a letter on or before **December 20, 2024**, advising the Court as to whether the parties would like to be referred to the Court-annexed Mediation Program or to Magistrate Judge Robyn F. Tarnofsky for a settlement conference, to use a private mediator, or to proceed directly to discovery.

    The Clerk of Court is directed to terminate the pending motions at docket entries 6 and 8.

SO ORDERED.

Dated:  November 15, 2024
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

2